## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 1 WM 2019
:
Respondent : 
:
:
:
v. :
:
:
:
MICHAEL JOHN HUDAK, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of February, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Counsel is DIRECTED to file the already-prepared Petition for Allowance of Appeal within 5 days.